UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| FRED LUTZEIER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:14CV183 RLW |
| CITIGROUP INC., et al., | ) | |
| Defendants. | ) | |

**MEMORANUM AND ORDER**

This matter is before the Court on Plaintiff's Motion to Partially Quash or Modify Subpoenas and/or for a Protective Order ("Motion"; ECF No. 111). Plaintiff's Motion, however, fails to comply with E.D.Mo. L.R. 3.04(A), which provides:

> The Court will not consider any motion relating to discovery and disclosure unless it contains a statement that movant's counsel has conferred in person or by telephone with the opposing counsel in good faith or has made reasonable efforts to do so, but that after sincere efforts to resolve their dispute, counsel are unable to reach an accord. This statement also shall recite the date, time and manner of such conference, and the names of the individuals participating therein, or shall state with specificity the efforts made to confer with opposing counsel.

Cotton v. AT&T Operations, Inc., No. 406-CV-438 CAS, 2007 WL 465625, at *1 (E.D. Mo. Feb. 8, 2007). This Court has repeatedly advised the parties to meet and confer in accordance with this Court's rules. *See, e.g.,* ECF No. 105, 106. Based upon the continued failure to comply with this Court's procedures and premature filing of discovery motions, the Court denies Plaintiff's Motion, without prejudice. Plaintiff may refile this Motion, if necessary, once he has properly discussed this issue with opposing counsel.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Partially Quash or Modify Subpoenas and/or for a Protective Order (ECF No. 111) is **DENIED** without prejudice.

Dated this 17th day of February, 2015.

*Ronnie L. White*
_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE